## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEE GOSTON**                                                                                           **PLAINTIFF**
**ADC #105879**

**V.**                                    **CASE NO. 5:08CV00045 JLH/BD**

**GRANT HARRIS, et. al.**                                                             **DEFENDANTS**


### <u>ORDER</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed any objections.  After careful review, the Court

concludes that the Recommended Disposition should be, and hereby is, approved and

adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is DISMISSED without

prejudice.

IT IS SO ORDERED this 28th day of April, 2008.


_____
UNITED STATES DISTRICT JUDGE